```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/4/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDEH SEDGHI,

                               Plaintiff,

      -against-

SLADE INDUSTRIES, INC. d/b/a SLADE
ELEVATOR and SLADE INDUSTRIES, INC.,
individually,

                               Defendants.

20 Civ. 4592 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The parties to this action having consented to conducting all proceedings before the Honorable Barbara C. Moses, ECF No. 11, the initial pretrial conference scheduled for August 11, 2020, is ADJOURNED *sine die*.

       SO ORDERED.

Dated: August 4, 2020
       New York, New York

                                                     ANALISA TORRES
                                           United States District Judge