```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDEH SEDGHI,

        Plaintiff,

  -against-

SLADE INDUSTRIES, INC., et al.

        Defendants.

20-CV-4592 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court's Initial Case Management Order dated September 2, 2020 (Dkt. No. 16) is MODIFIED as follows:

1. Fact discovery, including depositions, shall be completed no later than **April 1, 2021**.

2. Disclosure of plaintiff's expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **June 1, 2021**.

3. Disclosure of defendants' expert evidence shall be made no later than **July 5, 2021**.

4. Depositions of experts shall be completed no later than **August 4, 2021**.

5. All discovery shall be completed no later than **August 18, 2021**.

The next telephonic status conference will be on **March 16, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. No later than **March 9, 2021**, the parties shall submit a joint status letter, updating the Court on the progress of discovery to date.

Dated: New York, New York
       January 14, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**