USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDEH SEDGHI,

        Plaintiff,

-against-

SLADE INDUSTRIES, INC., et al.

        Defendants.

20-CV-4592 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct a further telephonic status conference on **June 14, 2021, at 10:00 a.m.** No later than **June 7, 2021**, the parties shall submit a joint status letter, updating the Court on the progress of discovery to date, and advising as to if and when a judicially-supervised settlement conference would be productive.

Dated: New York, New York
       March 16, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**