USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDEH SEDGHI,

    Plaintiff,

-against-

SLADE INDUSTRIES, INC., et al.

    Defendants.

20-CV-4592 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. The parties may, if necessary, complete fact depositions after June 1, 2021, so long as the delay does not impact their expert discovery schedule.

2. Summary judgment motions (or, at the parties' option, pre-motion conference letters with respect to summary judgment) shall be filed no later than 30 days after the close of discovery.

3. If neither side intends to move for summary judgment, the parties' proposed joint pretrial order shall be filed no later than 30 days after the close of discovery. If there are summary judgment motions, the joint pretrial order shall be filed no later than 30 days after the decision on the motion(s).

4. The **June 14, 2021** status conference, at **10:00 a.m**., will remain on the Court's calendar as previously scheduled. In advance of the conference, the parties shall submit a joint status letter no later than **June 10, 2021**, updating the Court on the progress of discovery.

Dated: New York, New York
May 13, 2021

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**