UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDEH SEDGHI,

               Plaintiff,

       -against-

SLADE INDUSTRIES, INC., et al.

               Defendants.



20-CV-4592 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The parties have reported to the Court that non-party witness Joe Ryan, a former employee of defendant Slade Industries, Inc., was duly served with a deposition subpoena but failed to appear at the designated time and place. In an effort to avoid enforcement proceedings, including but not limited to a motion to hold the witness in contempt pursuant to Fed. R. Civ. P. 45(g),[1] plaintiff's counsel has agreed that no such proceedings will be initiated if, within one week after the date of this Order, the witness re-establishes contact with counsel for the parties herein and appears for deposition (or makes arrangements to appear) on a mutually convenient date within the current pretrial schedule. Mr. Ryan may contact either of the following:

      Counsel for Plaintiff:        Jeremy Hellman, Esq.
                                        (212) 684-1880
                                        jhellman@rheingoldlaw.com

      Counsel for Defendants:     Catherine Bryan, Esq.
                                          (973) 436-5708
                                        cbryan@connellfoley.com
.
      Plaintiff shall serve a copy of this Order on Mr. Ryan at his last known address and shall file proof of such service on the docket. The parties shall file a status letter one week from today's date to advise the Court as to whether enforcement proceedings will be necessary.

Dated: New York, New York
       May 13, 2021

                                              **SO ORDERED**.

                                              **BARBARA MOSES**
                                              **United States Magistrate Judge**

---

[1] Rule 45(g) states, "The court for the district where compliance is required . . . may hold in contempt a person who, having been served, failed without adequate excuse to obey the subpoena or an order related to it."