

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDEH SEDGHI,

          Plaintiff,

    -against-

SLADE INDUSTRIES, INC., et al.

          Defendants.

20-CV-4592 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that the parties' expert discovery schedule is extended as follows:

1. Disclosure of plaintiff's expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C) shall be made no later than **September 1, 2021**.

2. Disclosure of defendants' expert evidence shall be made no later than **October 6, 2021**.

3. Depositions of experts shall be completed no later than **November 4, 2021**.

4. All discovery shall be completed no later than **November 18, 2021**.

All other provisions in this Court's Order dated May 13, 2021 (Dkt. No. 24) remain in effect. No further extensions will be granted.

Dated: New York, New York
      June 14, 2021

                            **SO ORDERED**.

                            _____

                            **BARBARA MOSES**
                            **United States Magistrate Judge**