# RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/21

FIFTH AVENUE, 29TH FLOOR
NEW YORK, NEW YORK 10176
Tel: (212) 684-1880
Fax: (212) 689-8156
www.rheingoldlaw.com

DAVID B. RHEINGOLD
THOMAS P. GIUFFRA♦
EDWARD A. RUFFO♦
SHERRI L. PLOTKIN♦
JEREMY A. HELLMAN♦

**MEMO ENDORSED**

Of Counsel
PAUL D. RHEINGOLD‡●

*Also Admitted In*:

D.C. ‡
Virginia ◊
New Jersey ♦
Massachusetts ●

June 14, 2021

Magistrate Judge Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20A
New York, NY 10007-1312

    Re: Hamideh Sedghi v. Slade Industries, et al.
       Case Number: 20-cv-4592

Dear Judge Moses:

    Plaintiff submits this letter requesting a different date for the upcoming settlement conference of August 30, 2021, which was scheduled during today's conference.

    Plaintiff is unavailable on such date due to her teaching obligations. I have conferred with defense counsel who has consented to adjourn the conference to September 1 or 2, 2021. I have also contacted the Court's Chambers which indicated these dates are available. This is the first request to change the date of this settlement conference, and no other dates are affected thereby.

    Plaintiff therefore requests that the court adjourn the upcoming settlement conference of August 30, 2021 to September 1 or 2, 2021.

    Thank you for your consideration in this matter.

                      Respectfully submitted,

                      Jeremy A. Hellman

cc:

Catherine Bryan, Esq.

Chris Abatemarco, Esq.
Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, NJ 07102
(973) 436-5712
cbryan@connellfoley.com
cabatemarco@connellfoley.com

> Application GRANTED. The settlement conference previously scheduled for August 30, 2021 is hereby ADJOURNED to **September 1, 2021, at 2:15 p.m.** All other provisions in the Court's Order Scheduling Settlement Conference dated June 14, 2021 (Dkt. No. 29) remain in effect. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> June 15, 2021